435 A.2d 1215

COMMONWEALTH of Pennsylvania, Appellee,

v.

William HAYWOOD, Appellant.

Supreme Court of Pennsylvania.

Submitted April 21, 1981.
Decided Oct. 28, 1981.

Francis X. Meehan, Philadelphia, for appellant.

Robert B. Lawler, Eric Beller, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM.

The Order of the Court of Common Pleas is affirmed.